IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KEITH PEEK,**

    **Plaintiff,**

v.                                              **Case Nos. 4:22-cv-186-AW-MAF**
                                                      **4:22-cv-195-AW-MAF**

**MR. CHOW HOLDINGS, LLC,**

    **Defendant.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's June 27, 2022 report and recommendation, filed in both cases. (ECF No. 6 in Case No. 4:22cv186; ECF No. 7 in Case No. 4:22cv195.) There has been no objection in either case. I have determined the report and recommendation should be adopted in both cases. It is now ORDERED:

    1.    The report and recommendation is adopted and incorporated into this order.

    2.    The clerk will file this order in both cases.

    3.    The clerk will enter a separate judgment in each case. Each will say, "Plaintiff's claims are dismissed without prejudice for failure to prosecute and failure to comply with a court order."

    4.    The clerk will then close both files.

SO ORDERED on July 25, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge